# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE

---

| | |
|---|---|
| Rickey Thomas, Jr., as Next of Kin of Tonya Smith, deceased, and on behalf of the wrongful death beneficiaries of Tonya Smith, | Plaintiff |
| v. | Civil Action No. 2:23-cv-02319-SHL-atc |
| Quince Nursing and Rehabilitation Center, LLC d/b/a Quince Nursing and Rehabilitation Center; Aurora Cares, LLC; TD HC, LLC; D&N, LLC; Donald T. Denz; and Norbert A. Bennett, | Defendants |

---

## NOTICE OF APPEARANCE

---

PLEASE TAKE NOTICE that W. Davis Frye with the law firm of Butler Snow LLP hereby enters his appearance as one of the attorneys of record for Defendants Quince Nursing and Rehabilitation Center, LLC, Aurora Cares, LLC, DTD HC, LLC, D&N, LLC, Donald T. Denz, and Norbert Bennett. By filing this Notice, Defendants specifically reserve the right to assert any and all defenses under the Federal Rules of Civil Procedure including, but not limited to, all Rule 12 defenses.

This, the 28th day of June 2023.

Respectfully submitted,

*s/ W. Davis Frye*
W. Davis Frye (#19084)
Clay Gunn (#38243)
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, Mississippi 39157
T: (601) 985-4277
Davis.Frye@butlersnow.com
Clay.Gunn@butlersnow.com

        Lauren N. Jones (#39343)
BUTLER SNOW LLP
6075 Poplar Avenue, Suite 500
Memphis, Tennessee 38119
Lauren.Jones@butlersnow.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this day the foregoing document was filed electronically with the Clerk of the Court using the Court's ECF system, which served a true and correct copy on the following counsel of record:

    Cameron Jehl
Carey Acerra
Deena Arnold
JEHL LAW GROUP, PLLC
5400 Poplar Avenue, Suite 250
Memphis, Tennessee 38119
cjehl@jehllawgroup.com
cacerra@jehllawgroup.com
darnold@jehllawgroup.com

This the 28th day of June 2023.

        *s/ W. Davis Frye*

64232162.v1

2